### SYNOPSYS, INC., Appellant

v.

### MENTOR GRAPHICS CORPORATION, Appellee

2015-2056

United States Court of Appeals, Federal Circuit.

October 11, 2016

ERIC SHUMSKY, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for appellant. Also represented by JEREMY PETERMAN; TRAVIS JENSEN, ANTHONY TARTAGLIO, Menlo Park, CA; BRIAN PHILIP GOLDMAN, San Francisco, CA.

ANDREW M. MASON, Klarquist Sparkman, LLP, Portland, OR, argued for appellee. Also represented by JEFFREY S. LOVE, JOHN D. VANDENBERG.

(Newman, Clevenger, and Dyk, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**